■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOT H. STOCKINGER, Appellant. [14 NYS3d 712]—Appeal by the

defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed July 16, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant has completed the term of imprisonment imposed and, thus, his contention that this portion of the sentence was excessive has been rendered academic (*see People v Russillo*, 27 AD3d 493, 494 [2006]).

The period of postrelease supervision imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Duffy, JJ., concur.